**Order entered December 21, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01299-CV

## IN THE INTEREST OF J.C., ET AL, CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-76-08723-V**

## ORDER

We **DENY** appellant's December 10, 2015 motion/request for stay. *See* TEX. R. APP. P. 24.1-24.3 (providing the procedures for suspending enforcement of the trial court's judgment pending appeal in civil cases).


/s/     CRAIG STODDART
        JUSTICE